**Objection Deadline: N/A**
**Hearing Date: N/A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Vermillion, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-11091 CSS |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned appears as counsel for and on behalf of Quest Diagnostics Incorporated ("Quest"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, requests that all orders, pleadings notices, motions, and all other documents and papers filed in connection with these cases, be served upon the undersigned at the office address set forth below:

Christine E. Baur, Esq.
Baker & McKenzie LLP
12544 High Bluff Drive, Third Floor
San Diego, California 92130
Telephone: (858) 523-6200
Facsimile: (858) 259-8290
E-mail: christine.e.baur@bakernet.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b), this request for service includes not only the notices and papers referred to above, but also includes without limitation, the schedules, statements of financial affairs, operating reports, any plans of reorganization and disclosure statements, any notice (including bar date notice), letter, application, motion (including any sale motion or motion for other request to distribute sale proceeds), petition, pleading, answer, request, complaint, or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, electronically, or otherwise filed with regard to the above-captioned bankruptcy case and any adversary proceedings related thereto.

PLEASE TAKE FURTHER NOTICE that Quest intends that neither this Notice, nor any similar notice, pleading, claim, or adversary proceeding shall waive the right of Quest (a) to have final orders in non-core matters only after de novo review by a District Court; (b) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which Quest is or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of Quest.

Dated: April 3, 2009

By: /s/ Christine E. Baur

Christine E. Baur, California Bar No. 207811
BAKER & MCKENZIE LLP
12544 High Bluff Drive, Third Floor
San Diego, CA 92130-3051
Telephone: +1 858 523 6200
Facsimile: +1 858 259 8290

Attorneys for Secured Creditor
Quest Diagnostics Incorporated