**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Vermillion Corporation | : | Case No. 09-11091 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF EQUITY SECURITY |
| Debtor. | | HOLDERS-FIRST AMENDED |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Richard Schottenfeld**, 800 3rd Avenue, New York, NY 10022, Phone: 212-300-2222, Fax: 646-253-0722

2. **Marc Lehmann**, 215 West 95th Street, Apt. 14C, New York, NY 10025, Phone: 212-455-0926, Fax: 212-455-0901

3. **Americus Capital Advisors, LLC**, Attn: Paul J. Reiferson, 127 Post Road East, Westport, CT 06880, Phone: 212-867-9766, Fax: 212-829-1463

4. **Hoak & Co. Public Equities**, Attn: Charles Warltier, 500 Crescent Court, Suite 230, Dallas, TX 75204, Phone: 214-855-2284, Fax: 972-960-4899

5. **AWH Opportunity Fund 1, LP**, Attn: Austin Hopper, 3949 Maple Avenue, Suite 490, Dallas, TX 75219, Phone: 214-462-9101, Fax: 214-462-9105

6. **EMR Master Fund Ltd.**, Attn: Randy Saluck, 320 Park Avenue, 9th Floor, New York, NY 10022, Phone: 212-293-4044, Fax: 212-832-5815


ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3


   /s/ Richard L. Schepacarter for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: December 16, 2009

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Francis A. Monaco, Jr., Phone: (302) 252-4340, Fax: (302) 661-7730