UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Vermillion, Inc., *et al.* | : | Case No. 09-11091 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS - **FIRST REVISED** |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **U. S. Bank N. A..**, Attn: Timothy Sandell, 60 Livingston Avenue, St. Paul, MN 55107, Phone: 651-495-3959; Fax: 651-495-8100.

2. **Oaktree Capital Management, LP**, Attn: Andrew Watts, 333 S. Grand Avenue, 28th Floor, Los Angeles, CA, Phone: 213-830-6306; Fax: 213-830-6293.

ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3

  /s/ Richard L. Schepacarter for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: December 17, 2009

OUST Attorney: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark L. Desgrosseilliers, Esquire, Phone: (302) 658-9200, Fax: (302) 658-3989