# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| Vermillion, Inc., | ) |
| | ) Case No. 09-11091 (CSS) |
| Debtor. | ) |
| | ) |
| | ) |

## DECLARATION OF BALLOTING AGENT REGARDING SOLICITATION AND TABULATION OF VOTES IN CONNECTION WITH THE DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Julia A. Galyen, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am over eighteen years of age and not a party to the above-captioned action. I am employed as a Senior Manager by BMC Group, Inc., the Notice, Claims and Balloting Agent for the Debtor in the above-captioned cases ("BMC"), and my business address is 600 Superior Avenue East, Suite 1300, Cleveland, OH 44114.

2. Unless otherwise defined herein, terms capitalized in this declaration have the same meaning as given in the *Amended Disclosure Statement for Debtor's First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "**Disclosure Statement**"), the *Debtor's First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "**Plan**") and *Corrected Order Approving the Disclosure Statement and (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Debtor's Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Including (A) Fixing the Voting Record Date, (B) Approving Solicitation Package and Procedures for Distribution Thereof, and*

*(C) Approving Forms of Ballots and Establishing Procedures for Voting on the Plan; (II) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures in Respect of Confirmation of the Plan; and (III) Granting Related Relief* (the "**Procedures Order**") .

3. Pursuant to the *Order Approving Agreement with BMC Group, Inc. and Appointing BMC Group, Inc. as Noticing and Claims Agent for the Debtor,* entered by the Court on April 28, 2009, BMC was retained for, among other purposes, noticing, solicitation, and tabulation of votes with respect to Plan confirmation.

4. I make this declaration to disclose actions taken by BMC in its capacity of "Balloting Agent". BMC has considerable experience in soliciting and tabulating votes to accept or reject proposed Chapter 11 plans of reorganization, and I am duly authorized to make and submit this declaration on behalf of BMC. Except as otherwise indicated, all maters set forth herein are based upon my personal knowledge.

5. The Disclosure Statement, Plan and Procedures Order served as BMC's guide for the solicitation and tabulation of votes to accept or reject the Plan.

6. Pursuant to the Procedures Order, the Voting Deadline was established as 12:00 p.m., Eastern Time on January 4, 2010.

7. All Ballots received through January 4, 2010 at 12:00 p.m. Eastern Time were reviewed in accordance with the procedures approved in the Procedures Order.

8. Pursuant to the Procedures Order, holders of Classes 1, 2 and 7 Claims and Equity Interests were identified as Non-Voting Classes, from whom votes to accept or reject the Plan were not required, and therefore the holders of such Claims and Equity Interests were not solicited to vote.

9. Below is a summary of the Classes entitled to vote, pursuant to the Procedures Order, and the voting tabulation with respect to Ballots received from such Classes :

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT |
| Class 3<br>4.5% Notes Unsecured Claims | 9<br>100.00% | $2,365,000.00<br>100.00% | 0<br>0.00% | $0.00<br>0.00% |
| Class 4<br>7% Notes Unsecured Claims | 4<br>100.00% | $10,000,000.00<br>100.00% | 0<br>0.00% | $0.00<br>0.00% |
| Class 5<br>General Unsecured Claims | 9<br>100.00% | $1,326,655.01<br>100.00% | 0<br>0.00% | $0.00<br>0.00% |
| Class 6<br>Notes Interest Claims | 0<br>0.00% | $0.00<br>0.00% | 0<br>0.00% | $0.00<br>0.00% |

10. Attached hereto as **Exhibit A** is a tabulation report that provides a summary of all timely received Ballots.

11. Below is a listing of the Classes entitled to elect distribution in cash or common stock, pursuant to the Procedures Order, and the tabulation with respect to elections received from such Classes:

| CLASS AND DESCRIPTION | ELECTED CASH (Classes 3 or 5) OR REINSTATEMENT (Class 4) | ELECTED STOCK |
|---|---|---|
| | ELECTIONS COUNTED | ELECTIONS COUNTED |
| Class 3<br>4.5% Notes Unsecured Claims | 5<br>83.3% | 1<br>16.7% |
| Class 4<br>7% Notes Unsecured Claims | 4<br>100.00% | 0<br>0.00% |
| Class 5<br>General Unsecured Claims | 9<br>100.00% | 0<br>0.00% |

12. All Ballots received by BMC are stored at BMC's Chanhassen office located at 18750 Lake Drive East, Chanhassen, Minnesota 55317, and are available for inspection by the Court or any party in interest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:   January 5, 2010
         Cleveland, OH

_____
Julia A. Galyen

Exhibit A

**BALLOT TABULATION REPORT**
**SUMMARY**
**In Re: Vermillion**

| | Ballot Counts | | | | | | Ballot Amounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 3 | 9 | 100.00% | 0 | 0.00% | 9 | 0 | 9 | $2,365,000.00 | 100.00% | $0.00 | 0.00% | $2,365,000.00 | $0.00 | $2,365,000.00 |
| 4 | 4 | 100.00% | 0 | 0.00% | 4 | 0 | 4 | $10,000,000.00 | 100.00% | $0.00 | 0.00% | $10,000,000.00 | $0.00 | $10,000,000.00 |
| 5 | 9 | 100.00% | 0 | 0.00% | 9 | 1 | 10 | $1,326,655.01 | 100.00% | $0.00 | 0.00% | $1,326,655.01 | $1,039,023.77 | $2,365,678.78 |
| 6 | 0 | - - | 0 | - - | | | 0 | $0.00 | - - | $0.00 | - - | | | |

| Class | Description |
|---|---|
| 3 | 4.5% Notes Unsecured Claims |
| 4 | 7% Notes Unsecured Claims |
| 5 | General Unsecured Claims |
| 6 | Notes Interest Claims |

In Re: Vermillion

**BALLOT TABULATION REPORT**

## Plan Class 3: 4.5% Notes Unsecured Claims

| | Ballot Counts | | | | | | Ballot Amounts | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | Rejected | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 3 | 9  100.00% | 0  0.00% | 9 | 0 | 9 | $2,365,000.00  100.00% | | $0.00  0.00% | | $2,365,000.00 | $0.00 | $2,365,000.00 |

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Votes | Rejecting Amount | Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 5 | | AT&T A/C: P 85875 C/O JP MORGAN CHASE | $280,000.00 | $280,000.00 | 1 | | | | |
| 7 | | MELLON TRUST OF NEW ENGLAND NA | $660,000.00 | $660,000.00 | 1 | | | | |
| 16 | | NORTHERN TRUST DTC 2669 | $540,000.00 | $540,000.00 | 1 | | | | |
| 6 | | STATE STREET BANK & TRUST CO | $550,000.00 | $550,000.00 | 4 | | | | |
| 13 | | THE BANK OF NEW YORK | $165,000.00 | $165,000.00 | 1 | | | | |
| 4 | | TRAVELERS INDEMNITY COMPANY | $170,000.00 | $170,000.00 | 1 | | | | |

**In Re: Vermillion**

**BALLOT TABULATION REPORT**

## Plan Class 4: 7% Notes Unsecured Claims

| | Ballot Counts | | | | | | Ballot Amounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 4 | 4 | 100.00% | 0 | 0.00% | 4 | 0 | 4 | $10,000,000.00 | 100.00% | $0.00 | 0.00% | $10,000,000.00 | $0.00 | $10,000,000.00 |

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Votes | Rejecting Amount | Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9 | | BLACK HORSE CAPITAL (QP) LP | $941,000.00 | $941,000.00 | 1 | | | | |
| 8 | | BLACK HORSE CAPITAL LP | $2,982,000.00 | $2,982,000.00 | 1 | | | | |
| 10 | | BLACK HORSE CAPITAL MASTER FUND LTD | $1,077,000.00 | $1,077,000.00 | 1 | | | | |
| 14 | | GOLDMAN SACHS & CO DTC BROKER 005 | $5,000,000.00 | $5,000,000.00 | 1 | | | | |

**Plan Class: 4**

# In Re: Vermillion
**BALLOT TABULATION REPORT**

## Plan Class 5:  General Unsecured Claims

| | Ballot Counts | | | | | | Ballot Amounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 5 | 9 | 100.00% | 0 | 0.00% | 9 | 1 | 10 | $1,326,655.01 | 100.00% | $0.00 | 0.00% | $1,326,655.01 | $1,039,023.77 | $2,365,678.78 |

| | | | | Accepting | | Rejecting | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Excluded | Comments |
| 18 | 6 | AMERICAN EXPRESS TRAVEL RELATED SRVS CO INC | $1,109.66 | $1,109.66 | 1 | | 0 | | |
| 19 | 7 | AMERICAN EXPRESS TRAVEL RELATED SRVS CO INC | $829.90 | $829.90 | 1 | | 0 | | |
| 20 | 8 | AMERICAN EXPRESS TRAVEL RELATED SRVS CO INC | $58.00 | $58.00 | 1 | | 0 | | |
| 17 | s23 | APPLIED CLINICAL INTELLIGENCE | $220,746.73 | $220,746.73 | 1 | | 0 | | |
| 12 | 15 | BIO-RAD LABORATORIES INC | $1,039,023.77 | $1,039,023.77 | 1 | | 0 | | |
| 15 | 15 | BIO-RAD LABORATORIES INC | $1,039,023.77 | | | | 0 | X | Duplicate; Ballot did not indicate an acceptance or rejection of the Plan; of Control ID 12 |
| 2 | s42 | ENDSIGHT | $10,125.00 | $10,125.00 | 1 | | 0 | | |
| 3 | s49 | HYMAN, PHELPS & MCNAMARA PC | $1,400.00 | $1,400.00 | 1 | | 0 | | |
| 1 | s59 | PRECISION MED INC. | $53,336.09 | $53,336.09 | 1 | | 0 | | |
| 11 | s71 | VWR INTERNATIONAL INC. | $25.86 | $25.86 | 1 | | 0 | | |

**Plan Class: 5**

**In Re: Vermillion**

**BALLOT TABULATION REPORT**

## Plan Class 6: Notes Interest Claims

| | Ballot Counts | | | | | Ballot Amounts | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | Rejected | Total Counted | Total Excluded | Total Received | Accepted | Rejected | Total Counted | Total Excluded | Total Received |
| 6 | 0 - - | 0 - - | 0 | | | $0.00 - - | $0.00 - - | | | |

**Plan Class: 6**