# SIGN - IN - SHEET

**CASE NAME:** Vermillion  
**CASE NO:** 09-11091 (CSS)  
**COURTROOM LOCATION:** 6  
**DATE:** 1/7/10 @ 9:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Christine Baur - telephonic | Law Office of Christine Baur | Quest Diagnostics |
| Louis Cisz | Nixon Peabody | Bio-Rad |
| John Dalfonsi, John Hamilton | Vermillion | Vermillion |
| M. Blake Cleary | Young Conaway Stargatt-Taylor | Equity Committee |
| Maris J. Finnegan | Young Conaway Stargatt; Taylor | Equity Committee |
| Jeremy Ryan | BAC | OCUC |
| Adam Friedman | Olshan Grundman | " |
| By Philip Bentley | Kramer Levin | Equity Committee |
| Stephen Zide | Kramer Levin | " |
| Thomas Kent | Paul Hastings | Vermillion, Inc. |
| Thomas Horan | Womble Carlyle | Vermillion, Inc. |
| Francis A. Monaco, Jr. | Womble Carlyle | Vermillion, Inc. |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.