# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Vermillion, Inc. |
| **Case Number:** | 09-11091-CSS   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 07, 2010 09:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### Matter:

Confirmation

**R / M #:**   0 / 0

### Appearances:

See sign-in sheet

### Proceedings:

Hearing Matters

Hearing held.

Judge signs order.