IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

VERMILLION, INC.,[1]

        Debtor.

Chapter 11

Case No. 09-11091 (CSS)

---

*AMENDED* NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 21, 2010 AT 2:00 P.M. (EST)[2]

# PURSUANT TO THE COURT'S DIRECTION, THIS HEARING HAS BEEN CANCELLED.

**FEE APPLICATIONS:**[3]

**WOMBLE CARLYLE SANDRIGE & RICE PLLC**

1. First Interim Fee Application of Womble, Carlyle, Sandridge & Rice PLLC as Counsel to the Debtor and Debtor in Possession for the Period March 30, 2009 through September 30, 2009, filed December 4, 2009 [Docket No. 179].

<u>Response Deadline:</u>   January 14, 2010 at 4:00 p.m. EST

<u>Responses Received:</u>  None.

---

[1] The address of the Debtor's principal executive offices is 47350 Fremont Blvd., Fremont California 94538. The Debtor's EIN is 33-0595156.

[2] All telephonic court appearances must be arranged through CourtCall, LLC (T: 866-582-6878 or F: 866-533-2946). The hearing will take place before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

[3] Copies of the fee applications were submitted to the Court on January 14, 2010.

Status: This matter will go forward.

## PAUL, HASTINGS, JANOFSKY & WALKER LLP

2. First Interim Fee Application of Paul, Hastings, Janofsky & Walker LLP, as the Debtor's Special Counsel, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from March 30, 2009 through September 30, 2009, filed November 25, 2009 [Docket No. 163].

Response Deadline: December 10, 2009 at 4:00 p.m. EST

Responses Received: None.

Status: This matter will go forward.

3. Second Interim Fee Application of Paul, Hastings, Janofsky & Walker LLP, as the Debtor's Special Counsel, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from October 1, 2009 through November 30, 2009, filed December 30, 2009 [Docket No. 240].

Response Deadline: January 14, 2010 at 4:00 p.m. EST

Responses Received: None.

Status: This matter will go forward.

## POTTER ANDERSON & CORROON LLP

4. First Monthly Fee Application of Potter Anderson & Corroon LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 4, 2009 through June 30, 2009, filed July 9, 2009 [Docket No. 80].

Related Documents:

    A. Certificate of No Objection re: Docket No. 80, filed August 6, 2009 [Docket No. 97].

Response Deadline: July 29, 2009 at 4:00 p.m. EST

Responses Received: None.

Status: This matter will go forward.

5. Second Monthly Fee Application of Potter Anderson & Corroon LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from July 1, 2009 through July 31, 2009, filed September 11, 2009 [Docket No. 107].

Related Documents:

   A. Certificate of No Objection re: Docket No. 107, filed October 5, 2009 [Docket No. 127].

Response Deadline: October 1, 2009 at 4:00 p.m. EST

Responses Received: None.

Status: This matter will go forward.

6. Third Monthly Fee Application of Potter Anderson & Corroon LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2009 through August 31, 2009, filed September 15, 2009 [Docket No. 108].

Related Documents:

   A. Certificate of No Objection re: Docket No. 108, filed October 7, 2009 [Docket No. 128].

Response Deadline: October 5, 2009 at 4:00 p.m. EST

Responses Received: None.

Status: This matter will go forward.

7. Fourth Monthly Fee Application of Potter Anderson & Corroon LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2009 through September 30, 2009, filed October 15, 2009 [Docket No. 131].

Related Documents:

   A.   Certificate of No Objection re: Docket No. 131, filed November 6, 2009 [Docket No. 146].

Response Deadline:   November 4, 2009 at 4:00 p.m. EST

Responses Received:   None.

Status:   This matter will go forward.

8.   Fifth (Amended) Monthly Fee Application of Potter Anderson & Corroon LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2009 through November 30, 2009, filed December 17, 2009 [Docket No. 212].

Related Documents:

   A.   Certificate of No Objection re: Docket No. 212, filed January 8, 2010 [Docket No. 278].

Response Deadline:   January 6, 2010 at 4:00 p.m. EST

Responses Received:   None.

Status:   This matter will go forward.

**OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP**

9.   First Interim Fee Application of Olshan Grundman Frome Rosenzweig & Wolosky LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period May 4, 2009 through June 30, 2009, filed July 8, 2009 [Docket No. 79].

Related Documents:

   A.   Certificate of No Objection re: Docket No. 79, filed August 6, 2009 [Docket No. 96].

Response Deadline:   July 28, 2009 at 4:00 p.m. EST

Responses Received:   None.

Status:   This matter will go forward.

10. Second Interim Fee Application of Olshan Grundman Frome Rosenzweig & Wolosky LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2009 through November 30, 2009, filed December 21, 2009 [Docket No. 219].

Related Documents:

    A.    Certificate of No Objection re: Docket No. 219, filed January 13, 2010 [Docket No. 280].

Response Deadline:    January 11, 2010 at 4:00 p.m. EST

Responses Received:  None.

Status:    This matter will go forward.

**NACHMANHAYSBROWNSTEIN, INC.**

11. First Monthly Fee Application of NachmanHaysBrownstein, Inc., as Financial Advisors to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses, for the Period From October 30, 2009 through November 30, 2009, filed December 22, 2009 [Docket No. 226].

Related Documents:

    A.    Certificate of No Objection re: Docket No. 226, filed January 13, 2010 [Docket No. 281].

Response Deadline:    January 11, 2010 at 4:00 p.m. EST

Responses Received:  None.

Status:    This matter will go forward.

Dated: January 21, 2010        **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

　　/s/ Thomas H. Horan　　　
Francis A. Monaco, Jr. (DE Bar No. 2078)
Mark L. Desgrosseilliers (DE Bar No. 4083)
Thomas M. Horan (DE Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330

*Counsel for the Debtor and Debtor-in-Possession*

- and -

Thomas L. Kent
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Tel: (212) 318-6060
Facsimile: (212) 230-7899
E-mail: thomaskent@paulhastings.com

- and -

Richard A. Chesley
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel: (312) 499-6000
Facsimile: (312) 499-6100
E-mail: richardchesley@paulhastings.com

*Special Counsel for the Debtor and Debtor-in-Possession*

WCSR 4297408v1