# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VERMILLION, INC.,[1] | Case No. 09-11091 (CSS) |
| Debtor. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 8, 2010, Reorganized Debtor Vermillion, Inc., by and through its undersigned counsel, caused a copy of the **Reorganized Debtor Vermillion, Inc.'s Requests for Production of Documents** to be served upon the following individual(s) in the manner indicated:

> *Via Hand Delivery*
> M. Blake Clear, Esq.
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
>
> *Via United States Mail*
> Thomas Moers Mayer, Esq.
> Philip Bentley, Esq.
> Robert Schmidt, Esq.
> Kramer Levin Naftalis & Frankel LLP
> 1177 Avenue of the Americas
> New York, NY 10036

---

[1] The address of the Debtor's principal executive offices is 47350 Fremont Blvd., Fremont, California 94538. The Debtor's EIN is 33-0595156.

Dated: Wilmington, Delaware
March 8, 2010

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

 /s/ Thomas M. Horan
Francis A. Monaco, Jr. (DE Bar No. 2078)
Mark L. Desgrosseilliers (DE Bar No. 4083)
Thomas M. Horan (DE Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: fmonaco@wcsr.com
E-mail: mdesgrosseilliers@wcsr.com
E-mail: thoran@wcsr.com

Counsel for the Debtor and Debtor-in-Possession
- and -

Thomas L. Kent
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Tel: (212) 318-6060
Facsimile: (212) 230-7899
E-mail: thomaskent@paulhastings.com

Special Counsel for the Debtor and Debtor-in-Possession