## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| VERMILLION, INC.,[1] | Case No. 09-11091 (CSS) |
|  | Re: Docket Nos. 303 and 320 |
| Debtor. |  |

### CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION IN CONNECTION WITH THE MOTION OF THE REORGANIZED DEBTOR BY AND THROUGH THE SPECIAL COMMITTEE FOR AN ORDER AUTHORIZING A REDUCED DISTRIBUTION UNDER THE MANAGEMENT INCENTIVE PLAN

The undersigned certifies as follows:

1. Attached hereto as Exhibit "1" is the Reorganized Debtor's proposed form of *Order Approving Stipulation in Connection with the Motion of the Reorganized Debtor by and through the Special Committee for an Order Authorizing a Reduced Distribution under the Management Incentive Plan* (the "Order"). The proposed Order reflects the agreement reached and approved by counsel for the Reorganized Debtor; Gail Page, James Burns, and John Hamilton (collectively, the "Directors"); and the Official Committee of Equity Security Holdings (the "Equity Committee") regarding the discovery schedule on the underlying *Motion of the Reorganized Debtor by and through the Special Committee for an Order Authorizing a Reduced Distribution under the Management Incentive Plan*, filed February 26, 2010 [Docket No. 320] (the "Motion"). The undersigned respectfully submits that other than to the Reorganized Debtor, the Directors, and the Equity Committee, no other or further notice is required.

---

[1] The address of the Debtor's principal executive offices is 47350 Fremont Blvd., Fremont, California 94538. The Debtor's EIN is 33-0595156.

2. The undersigned respectfully requests that the Court consider and enter the proposed Order at the Court's earliest convenience, without further notice or hearing.

Dated: Wilmington, Delaware
March 9, 2010

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

__/s/ Thomas M. Horan_____
Francis A. Monaco, Jr. (DE Bar No. 2078)
Mark L. Desgrosseilliers (DE Bar No. 4083)
Thomas M. Horan (DE Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330

*Counsel for the Reorganized Debtor*

- and -

Thomas L. Kent
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Tel: (212) 318-6060
Facsimile: (212) 230-7899
E-mail: thomaskent@paulhastings.com

- and -

Richard A. Chesley
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel: (312) 499-6000
Facsimile: (312) 499-6100
E-mail: richardchesley@paulhastings.com

*Special Counsel for the Reorganized Debtor*

WCSR 4328469v2