EXHIBIT "1"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
VERMILLION, INC.,[1]                                             :    Case No. 09-11091 (CSS)
                                                                 :
                                                                 :    Re: Docket Nos. 303, 320 and ____
                                                                 :
                    Debtor.                                      :
---------------------------------------------------------------- x

## ORDER APPROVING STIPULATION IN CONNECTION WITH THE MOTION OF THE REORGANIZED DEBTOR BY AND THROUGH THE SPECIAL COMMITTEE FOR AN ORDER AUTHORIZING A REDUCED DISTRIBUTION UNDER THE MANAGEMENT INCENTIVE PLAN

Upon consideration of the *Stipulation in Connection with the Motion of the Reorganized Debtor by and through the Special Committee for an Order Authorizing a Reduced Distribution under the Management Incentive Plan* (the "Stipulation"), attached hereto as Exhibit A and incorporated herein by this reference; it is hereby:

ORDERED, that the Stipulation is APPROVED.

DATED: _____, 2010

                                                              The Honorable Christopher S. Sontchi
                                                              United States Bankruptcy Judge

---

[1] The address of the Debtor's principal executive offices is 47350 Fremont Blvd., Fremont, California 94538. The Debtor's EIN is 33-0595156.

EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :    Chapter 11
                                                           :    Case No. 09-11091 (CSS)
VERMILLION, INC.,                                          :
                                                           :
                                                           :
                    Debtor.                                :
                                                           :
---------------------------------------------------------- x

## STIPULATION AND ORDER

In connection with the Motion of the Reorganized Debtor By and Through the Special Committee for an Order Authorizing a Reduced Distribution Under the Management Incentive Plan, dated February 26, 2010 (the "Motion"), the reorganized Debtor (the "Debtor"); Gail Page, James Burns and John Hamilton (collectively, the "Directors"); and the Official Committee of Equity Security Holders (the "Committee") hereby agree as follows:

1. The Directors shall be deemed parties to the Motion, with the same rights as the Debtor and the Committee to participate in discovery and other proceedings related to the Motion.

2. The parties may each serve document requests and interrogatories on each other by March 8, 2010. Document subpoenas on third parties are not subject to this deadline.

3. The parties will respond to each other's document requests and interrogatories (if any) by April 2, 2010.

4. The Committee will serve and file its Objection to the Motion by April 2, 2010.

KL2 2641634.1

5. Fact discovery, including depositions of fact witnesses, will be completed by April 30, 2010, subject to extension for witness unavailability or other cause.

6. Expert reports, other than those previously prepared and produced (i.e., Mercer Consulting's report), will be produced by May 14, 2010, and the expert document production relating to each such report will be produced by May 17, 2010.

7. Expert depositions will be completed by May 26, 2010.

8. The parties will exchange witness lists and exhibit lists by May 28, 2010. Any witnesses who are listed on such lists but who have not already been deposed may be deposed during the week of May 31, 2010.

9. The parties will serve and file their pre-trial memoranda by June 10, 2010.

10. Discovery disputes, if any, that cannot be consensually resolved may be brought to the Court via letter and addressed at a telephonic conference with the Court.

11. Trial will be held on June 16 and 17, 2010, commencing at 9:00 am on each day.

Dated: March 8, 2010

PAUL, HASTING, JANOFSKY & WALKER LLP

Richard A. Chesley
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

*Attorneys for the Reorganized Debtor*

RICHARDS, LAYTON & FINGER

/s/ T. McR.
Russell C. Silberglied
Travis A. McRoberts
One Rodney Square
920 North King Street
Wilmington DE 19801
Telephone: (302) 651-7545
Facsimile: (302) 498-7545

*Attorneys for the Directors*


KRAMER LEVIN NAFTALIS & FRANKEL LLP

Philip Bentley
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for the Equity Committee*

RICHARDS, LAYTON & FINGER

---
Russell C. Silberglied
One Rodney Square
920 North King Street
Wilmington DE 19801
Telephone: (302) 651-7545
Facsimile: (302) 498-7545

*Attorneys for the Directors*


KRAMER LEVIN NAFTALIS & FRANKEL LLP

---
Philip Bentley
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for the Equity Committee*