# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VERMILLION, INC.,[1] | Case No. 09-11091 (CSS) |
| Debtor. | |

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on March 8, 2010, the Official Committee of Equity Security Holders, by and through its undersigned counsel, caused a copy of each of the following to be served via electronic mail upon the parties identified on the attached service list:

- **The Official Committee of Equity Security Holders' First Request to Vermillion, Inc. for Production of Documents**

- **The Official Committee of Equity Security Holders' First Set of Interrogatories to Vermillion, Inc.**

- **The Official Committee of Equity Security Holders' First Request to the Directors for Production of Documents**

- **The Official Committee of Equity Security Holders' First Set of Interrogatories to the Directors**

Dated: March 9, 2010

KRAMER LEVIN NAFTALIS & FRANKEL LLP

_____
Philip Bentley (PB-0210)
Shai Schmidt
1177 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 715-9100
Facsimile:    (212) 715-8000

- and -

---
[1]    The address of the Debtor's principal executive offices is 47350 Fremont Boulevard, Fremont, California 94538. The Debtor's EIN is 33-0595156.

)

YOUNG CONAWAY STARGATT & TAYLOR, LLP
M. Blake Cleary (No. 3614)
Maris J. Finnegan (No. 5294)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone:     (302) 571-6600
Facsimile:     (302) 571-1253

*Co-Counsel to the Official Committee of
Equity Security Holders*

**SERVICE LIST**
**3/9/2010**

Richard A. Chesley, Esq.
(richardchesley@paulhastings.com)
Paul, Hastings, Janofsky & Walker, LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
(Special Counsel to Debtor)

Russell C. Silberglied, Esq.
(silberglied@rlf.com)
Richards Layton & Finger, P.A.
One Rodney Square, 920 N. King Street
Wilmington, DE 19801
(Counsel to Directors)