IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **VERMILLION, INC.,**[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-11091 (CSS) <br><br> Re: Docket Nos. 303, 320 and 337 |

### ORDER APPROVING STIPULATION IN CONNECTION WITH THE MOTION OF THE REORGANIZED DEBTOR BY AND THROUGH THE SPECIAL COMMITTEE FOR AN ORDER AUTHORIZING A REDUCED DISTRIBUTION UNDER THE MANAGEMENT INCENTIVE PLAN

Upon consideration of the *Stipulation in Connection with the Motion of the Reorganized Debtor by and through the Special Committee for an Order Authorizing a Reduced Distribution under the Management Incentive Plan* (the "Stipulation"), attached hereto as Exhibit A and incorporated herein by this reference; it is hereby:

ORDERED, that the Stipulation is APPROVED.

DATED: 3/9, 2010

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The address of the Debtor's principal executive offices is 47350 Fremont Blvd., Fremont, California 94538. The Debtor's EIN is 33-0595156.

WCSR 4328482v1