NO IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                : Chapter 11
                                      :
VERMILLION, INC.,[1]                  : Case No. 09-11091 (CSS)
                                      :
       Debtor.                        :
                                      :
                                      :
------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 15, 2010 AT 4:00 P.M. (EST)[2]

**CONTESTED MATTER**

1. Motion of Molecular Analytical Systems for Abstention and Relief from Stay under Section 362 of the Bankruptcy Code, filed February 12, 2010 [Docket No. 300].

Related Documents:

   A. Declaration of Steven A. Ellenberg in Support of Motion for Abstention and Relief from Automatic Stay, filed February 12, 2010 [Docket No. 301].

Response Deadline:   February 23, 2010 at 4:00 p.m. EST

Responses Received:

   B. Debtor's Opposition to Molecular Analytical Systems' Motion for Abstention and Relief from Automatic Stay, filed February 23, 2010 [Docket No. 313].

   C. Declaration of Peter M. Stone in Support of Debtor's Opposition to Molecular Analytical Systems' Motion for Abstention and Relief from Automatic Stay, filed February 23, 2010 [Docket No. 314].

---

[1] The address of the Debtor's principal executive offices is 47350 Fremont Blvd., Fremont, California 94538. The Debtor's EIN is 33-0595156.

[2] All telephonic court appearances must be arranged through CourtCall, LLC (T: 866-582-6878 or F: 866-533-2946). The hearing will take place before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

D. Debtor's Status Report and Proposed Schedule for Resolution of Molecular Analytical Systems' Proof of Claim Pursuant to Paragraph 47 of Confirmation Order, filed February 23, 2010 [Docket No. 315].

E. Reply of Molecular Analytical Systems in Support of Motion for Abstention and Relief from Stay under Section 362 of the Bankruptcy Code, filed February 25, 2010 [Docket No. 317].

Status:     This matter will go forward.

**SCHEDULING CONFERENCES**

2. Debtor's Status Report and Proposed Schedule for Resolution of Molecular Analytical Systems' Proof of Claim Pursuant to Paragraph 47 of Confirmation Order, filed February 23, 2010 [Docket No. 315]

Related Documents:

A. Molecular Analytical Systems' Proof of Claim, filed July 15, 2009 [Claim No. 12].

B. Debtor's (Substantive) Objection to the Proof of Claim filed by Molecular Analytical Systems, filed December 28, 2009 [Docket No. 233].

Response Deadline:   N/A

Responses Received:

C. Response of Molecular Analytical Systems to Proposed Schedule for Adjudication of Proof of Claim, filed February 23, 2010 [Docket No. 318].

Status:     This matter will go forward as a status conference only.

| Dated: March 11, 2010 | **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC** |
|---|---|

                ___/s/ Francis A. Monaco, Jr. _____
                Francis A. Monaco, Jr. (DE Bar No. 2078)
                Mark L. Desgrosseilliers (DE Bar No. 4083)
                Thomas M. Horan (DE Bar No. 4641)
                222 Delaware Avenue, Suite 1501
                Wilmington, Delaware 19801
                Telephone: (302) 252-4320
                Facsimile: (302) 252-4330

                *Counsel for the Debtor and Debtor-in-Possession*

                - and -

                Thomas L. Kent
                Paul, Hastings, Janofsky & Walker LLP
                75 East 55th Street
                New York, NY 10022
                Tel: (212) 318-6060
                Facsimile: (212) 230-7899
                E-mail: thomaskent@paulhastings.com

                - and -

                Richard A. Chesley
                Paul, Hastings, Janofsky & Walker LLP
                191 N. Wacker Drive, Suite 3000
                Chicago, Illinois 60606
                Tel: (312) 499-6000
                Facsimile: (312) 499-6100
                E-mail: richardchesley@paulhastings.com

                *Special Counsel for the Debtor and Debtor-in-Possession*