# SIGN - IN - SHEET

**CASE NAME:** Vermillion  
**CASE NO:** 09-11091 (CSS)  
**COURTROOM LOCATION:** 6  
**DATE:** 3/15/10 @ 4:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Christine Baur - telephonic | Law Office of Christine Baur | Quest Diagnostics |
| [signature] | [signature] | Vermillion |
| [signature] | [signature] | Vermillion |
| Julie Bonno-Banks | Bayard | Molecular Analytical Sys. |
| Steve Ellenburg | Law office of Steven A. Ellenburg | M.A.S |
| Karen McKinley | Cole Schotz | MAS |
| Mart J. Finnigan | Young Conaway Stargatt & Taylor | Official Equity Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.