EXHIBIT "1"

# Law Office of Christine E. Baur



Christine E. Baur, Esq.
Law Office of Christine E. Baur
4653 Carmel Mountain Road, Suite 308 #332
San Diego, CA 92130
(858) 350-3757 phone
(858) 876-9480 fax
christine@baurbklaw.com
www.baurbklaw.com

March 1, 2010

Via U.S. Mail and Email
(robertclaassen@paulhastings.com)

Robert Claassen, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1117 S. California Avenue
Palo Alto, California 94304-1106

Re: In re Vermillion, Inc., Bankruptcy Case No. 09-11091 (CSS)
(the "Reorganized Debtor")

Dear Mr. Claassen:

On behalf of Quest Diagnostics, I write regarding the Reorganized Debtor's motion for an order authorizing $15 million in payments under the Management Incentive Plan (the "MIP") filed in the above-referenced bankruptcy case on February 26, 2010 (the "Motion").

Based on the statements made in the Motion, it appears there is some misunderstanding about Quest's position regarding the MIP payments. As Quest's in-house counsel and I made clear in our conference call with you on February 16, 2010, Quest does not support a MIP payment of $15 million. In fact, as we expressed at that time, Quest believes a range of $4 million to (at the most) $6 million in total compensation is more reasonable, with an 80-20 split between Gail Page and the other two directors. To the extent that the appropriate application of the formula approved in the MIP order yields a lower number, that number should prevail.

Moreover, since that time, additional factors have come to Quest's attention, such as the existence of the directors' pre-existing stock option plan and other director compensation, that bear consideration on the appropriate MIP award. The total MIP compensation should take into account all forms of compensation that have or may be received by the directors, including any other pending compensation (such as the stock option plan) and any consulting fees, salary or severance already paid.

We look forward to working constructively with the Reorganized Debtor and the Official Equity Committee to address and resolve the MIP payment issues.

Please do not hesitate to contact me if you have any questions regarding this matter.

Sincerely,

Christine E. Baur

cc: Wayne Brown, Esq., Quest Diagnostics
cc: Philip Bentley, Esq., Counsel for the Official Equity Committee

**EXHIBIT "2"**

Vrml

## Christine Baur

**From:** Mcnally, James M [James.M.Mcnally@questdiagnostics.com]
**Sent:** Tuesday, March 02, 2010 5:48 AM
**To:** Prevoznik, Michael E
**Subject:** FW: Vrml

**James M. McNally, Ph.D.**
Quest Diagnostics | Vice President, Diagnostic Products| 3 Giralda Farms | Madison, NJ 07940 USA | **phone** +1.973.520.2132 | **fax** +1.973.520.2005 | james.m.mcnally@QuestDiagnostics.com |
www.QuestDiagnostics.com

Please think about resource conservation before you print this message

**From:** Shorten, Dermot V
**Sent:** Tuesday, March 02, 2010 8:24 AM
**To:** Mcnally, James M
**Subject:** Fw: Vrml

**From:** Silberglied, Russell C. <Silberglied@RLF.com>
**To:** Shorten, Dermot V
**Sent:** Tue Mar 02 08:20:33 2010
**Subject:** RE: Vrml



Richards, Layton and Finger, P.A. is not providing any advice with respect to any federal tax issue in connection with this matter.

The information contained in this e-mail message is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

**From:** Shorten, Dermot V [mailto:Dermot.V.Shorten@questdiagnostics.com]
**Sent:** Tuesday, March 02, 2010 8:16 AM
**To:** Silberglied, Russell C.
**Subject:** Re: Vrml



**From:** Silberglied, Russell C. <Silberglied@RLF.com>
**To:** Gail Page <gpage@vermillion.com>; Shorten, Dermot V
**Sent:** Tue Mar 02 07:56:26 2010
**Subject:** RE: Vrml



Russell C. Silberglied
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7545 direct
(302) 498-7545 direct fax
(302) 651-7701 main fax
silberglied@rlf.com

Richards, Layton and Finger, P.A. is not providing any advice with respect to any federal tax issue in connection with this matter.

The information contained in this e-mail message is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

**From:** Gail Page [mailto:gpage@vermillion.com]
**Sent:** Tuesday, March 02, 2010 7:54 AM
**To:** Silberglied, Russell C.; Dermot.V.Shorten@questdiagnostics.com
**Subject:** Vrml



4/11/2010



------------------------------------------
The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

4/11/2010

EXHIBIT "3"

**Christine Baur**

**From:** Brown, Wayne B [Wayne.B.Brown@questdiagnostics.com]
**Sent:** Thursday, April 08, 2010 10:30 AM
**To:** christine@baurbklaw.com
**Subject:** Fw: Vermillion



**From:** Brown, Wayne B
**To:** Shorten, Dermot V; Prevoznik, Michael E
**Sent:** Thu Apr 08 11:16:18 2010
**Subject:** Re: Vermillion



**From:** Shorten, Dermot V
**To:** Brown, Wayne B; Prevoznik, Michael E
**Sent:** Thu Apr 08 08:50:55 2010
**Subject:** RE: Vermillion



**From:** Brown, Wayne B
**Sent:** Thursday, April 08, 2010 3:40 AM
**To:** Prevoznik, Michael E; Shorten, Dermot V
**Subject:** Fw: Vermillion



**From:** Brown, Wayne B
**To:** Claassen, Robert A. <robertclaassen@Paulhastings.com>
**Sent:** Wed Apr 07 18:34:19 2010
**Subject:** RE: Vermillion



**From:** Claassen, Robert A. [mailto:robertclaassen@Paulhastings.com]
**Sent:** Wednesday, April 07, 2010 6:19 AM
**To:** Brown, Wayne B
**Subject:** Re: Vermillion



**From:** Brown, Wayne B
**To:** Claassen, Robert A.
**Cc:** Shorten, Dermot V
**Sent:** Tue Apr 06 19:51:37 2010
**Subject:** Re: Vermillion



**From:** Claassen, Robert A. <robertclaassen@Paulhastings.com>
**To:** Brown, Wayne B
**Sent:** Tue Apr 06 21:08:25 2010
**Subject:** RE: Vermillion



**From:** Brown, Wayne B [mailto:Wayne.B.Brown@questdiagnostics.com]
**Sent:** Monday, April 05, 2010 12:51 PM
**To:** Claassen, Robert A.
**Cc:** Shorten, Dermot V
**Subject:** RE: Vermillion



**Wayne Benjamin Brown**

**Quest Diagnostics** | Chief Intellectual Property Counsel, 33608 Ortega Highway | San Juan Capistrano, CA 92675 USA | phone +1 949.940.7280 | fax +1 949.940.7286 | Wayne.B.Brown@QuestDiagnostics.com | www.QuestDiagnostics.com

Please think about resource conservation before you print this message

This email and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL ATTORNEY CLIENT INFORMATION AND/OR ATTORNEY WORK PRODUCT exclusively for intended recipients. If you have received this email in error, please DO NOT FORWARD OR DISTRIBUTE to anyone else. Call Rhonda Ramsey at 949-940-7281 to report the error and then delete this message from your system.

**From:** Claassen, Robert A. [mailto:robertclaassen@Paulhastings.com]
**Sent:** Monday, April 05, 2010 10:15 AM
**To:** Brown, Wayne B
**Subject:** FW: Vermillion



**From:** Shorten, Dermot V [mailto:Dermot.V.Shorten@questdiagnostics.com]
**Sent:** Friday, April 02, 2010 12:24 PM
**To:** Claassen, Robert A.
**Cc:** Billwallen@aol.com; Brown, Wayne B
**Subject:** RE: Vermillion



**From:** Claassen, Robert A. [mailto:robertclaassen@Paulhastings.com]
**Sent:** Friday, April 02, 2010 1:41 PM
**To:** Shorten, Dermot V
**Cc:** Billwallen@aol.com
**Subject:** Vermillion



4/11/2010



**Robert A. Claassen, Partner** | Paul, Hastings, Janofsky & Walker LLP | 1117 S. California Avenue, Palo Alto, CA 94304 | direct: 650 320 1884 | fax: 650 320 1984 | robertclaassen@paulhastings.com

```
***********************************************************
IRS Circular 230 Disclosure:    As required by U.S.
Treasury Regulations governing tax practice, you are
hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot
be used) by any taxpayer for the purpose of avoiding
penalties that may  be imposed under the U.S. Internal
Revenue Code.
***********************************************************
```

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.

---

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

```
***********************************************************
IRS Circular 230 Disclosure:    As required by U.S.
Treasury Regulations governing tax practice, you are
hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot
be used) by any taxpayer for the purpose of avoiding
penalties that may  be imposed under the U.S. Internal
Revenue Code.
***********************************************************
```

4/11/2010

This message is sent by a law firm and may contain
information that is privileged or confidential. If you
received this transmission in error, please notify the
sender by reply e-mail and delete the message and any
attachments.

For additional information, please visit our website at
www.paulhastings.com.

---

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

****************************************************
IRS Circular 230 Disclosure:    As required by U.S.
Treasury Regulations governing tax practice, you are
hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot
be used) by any taxpayer for the purpose of avoiding
penalties that may  be imposed under the U.S. Internal
Revenue Code.
****************************************************

This message is sent by a law firm and may contain
information that is privileged or confidential. If you
received this transmission in error, please notify the
sender by reply e-mail and delete the message and any
attachments.

For additional information, please visit our website at
www.paulhastings.com.

---

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

****************************************************
IRS Circular 230 Disclosure:    As required by U.S.
Treasury Regulations governing tax practice, you are
hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot
be used) by any taxpayer for the purpose of avoiding
penalties that may  be imposed under the U.S. Internal
Revenue Code.
****************************************************

This message is sent by a law firm and may contain
information that is privileged or confidential. If you
received this transmission in error, please notify the

sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.

------------------------------------------
The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

4/11/2010

# EXHIBIT "4"

**Christine Baur**

**From:** Brown, Wayne B [Wayne.B.Brown@questdiagnostics.com]
**Sent:** Thursday, April 08, 2010 4:26 PM
**To:** christine@baurbklaw.com
**Subject:** Fw: Vermillion

**From:** Brown, Wayne B
**To:** Prevoznik, Michael E; Shorten, Dermot V
**Sent:** Thu Apr 08 19:25:18 2010
**Subject:** Fw: Vermillion



**From:** Claassen, Robert A. <robertclaassen@Paulhastings.com>
**To:** Shorten, Dermot V
**Cc:** Billwallen@aol.com <Billwallen@aol.com>; Brown, Wayne B
**Sent:** Thu Apr 08 19:18:09 2010
**Subject:** Re: Vermillion



**From:** Shorten, Dermot V
**To:** Claassen, Robert A.
**Cc:** Billwallen@aol.com ; Brown, Wayne B
**Sent:** Fri Apr 02 12:23:58 2010
**Subject:** RE: Vermillion



4/11/2010



**From:** Claassen, Robert A. [mailto:robertclaassen@Paulhastings.com]
**Sent:** Friday, April 02, 2010 1:41 PM
**To:** Shorten, Dermot V
**Cc:** Billwallen@aol.com
**Subject:** Vermillion



**Robert A. Claassen, Partner** | Paul, Hastings, Janofsky & Walker LLP | 1117 S. California Avenue, Palo Alto, CA 94304 | direct: 650 320 1884 | fax: 650 320 1984 | robertclaassen@paulhastings.com

************************************************************
IRS Circular 230 Disclosure:   As required by U.S.
Treasury Regulations governing tax practice, you are
hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot
be used) by any taxpayer for the purpose of avoiding
penalties that may  be imposed under the U.S. Internal
Revenue Code.
************************************************************

This message is sent by a law firm and may contain
information that is privileged or confidential.  If you
received this transmission in error, please notify the
sender by reply e-mail and delete the message and any
attachments.

For additional information, please visit our website at

www.paulhastings.com.

----------------------------------------
The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

**************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
**************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.

----------------------------------------
The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

# EXHIBIT "5"

# Christine Baur

**From:** Claassen, Robert A. [robertclaassen@Paulhastings.com]
**Sent:** Friday, April 09, 2010 3:05 PM
**To:** christine@baurbklaw.com
**Cc:** Brown, Wayne B; Chesley, Richard A.
**Subject:** VRML

Christine,

I just went back and looked at our motion and I don't see the reference to a written report by Mercer you mentioned on the call. As I indicated, the written report was never finalized because Vermillion struck a deal with the equity committee to end discovery. We'd be happy to have someone at Quest speak with the Mercer consultant if that would be helpful. I suspect that is all they probably need. As discussed, if they really want to see that draft report itself (which again isn't final) we'd need some type of agreement in place to make sure we don't waive privilege with respect to it.

Best,

Rob

---

**Robert A. Claassen, Partner** | Paul, Hastings, Janofsky & Walker LLP | 1117 S. California Avenue, Palo Alto, CA 94304 | direct: 650 320 1884 | fax: 650 320 1984 | robertclaassen@paulhastings.com

****************************************************
IRS Circular 230 Disclosure:    As required by U.S.
Treasury Regulations governing tax practice, you are
hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot
be used) by any taxpayer for the purpose of avoiding
penalties that may  be imposed under the U.S. Internal
Revenue Code.
****************************************************

This message is sent by a law firm and may contain
information that is privileged or confidential. If you
received this transmission in error, please notify the
sender by reply e-mail and delete the message and any
attachments.

For additional information, please visit our website at
www.paulhastings.com.