# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>**VERMILLION, INC.,**[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 09-11091 (CSS)<br><br>Re: Docket No. 320 |

## ORDER GRANTING MOTION FOR AN ORDER AUTHORIZING A REDUCED DISTRIBUTION UNDER THE MANAGEMENT INCENTIVE PLAN

This matter coming before the Court on Motion of the Reorganized Debtor By and Through the Special Committee For An Order Authorizing a Reduced Distribution Under the Management Incentive Plan (the "Reduced Distribution Motion") [D.I. 320]; having reviewed the Reduced Distribution Motion and having scheduled a hearing before the Court (the "Hearing"); the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Reduced Distribution Motion and the Hearing was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Reduced Distribution Motion is necessary and essential for the Reorganized Debtor's reorganization and such relief is in the best interests of the Reorganized Debtor, its estates and its creditors; and good and sufficient cause having been shown;

---

[1] The address of the Debtor's principal executive offices is 47350 Fremont Blvd., Fremont, California 94538. The Debtor's EIN is 33-0595156.

IT IS HEREBY ORDERED THAT:

1. The Reduced Distribution Motion is GRANTED as modified herein.

2. The Reorganized Debtor is hereby directed to distribute $5,000,000 in cash and $7,499,991.39 in restricted stock (as described in the Certification of Counsel in respect of the Reduced Distribution Motion, filed on April 13, 2010 and the Revised Management Incentive Plan Term Sheet, attached hereto as <u>Exhibit 1</u>) in Incentive Plan Payments to the Incentive Plan Participants. All such restricted stock is to be distributed, with 1/24th of it to vest each month beginning June 22, 2009. The total Incentive Plan Payments are to be allocated to Gail Page, James Burns and John Hamilton on a 60%-20%-20% basis, respectively, or as otherwise may be agreed to in writing by Gail Page, James Burns and John Hamilton. The Reorganized Debtor is further authorized to take any and all actions necessary or appropriate in connection therewith.

3. Notwithstanding the possible application of any rule under the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: 4/14, 2010
Wilmington, Delaware

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE