# Exhibit 1
# (Revised Management Incentive Plan Term Sheet)

# REVISED MANAGEMENT INCENTIVE PLAN TERM SHEET

The Revised Management Incentive Plan Term Sheet (the "Term Sheet") reflects the foregoing terms, as agreed upon by the reorganized debtor ("Vermillion"), its Board of Directors and the Official Committee of Equity Security Holders (the "Equity Committee") (collectively, the "Parties"). Other than the agreement to stay discovery and other deadlines, the agreement described herein is contingent upon entry by the Bankruptcy Court of an order acceptable to the Parties. In the event that the Bankruptcy Court does not approve such an order, the Parties shall attempt to reach agreement on a revised schedule to resolve the Reduced Distribution Motion, and this Term Sheet and the terms embodied herein shall be treated as an offer to compromise pursuant to Federal Rule of Evidence 408.

| **ISSUE** | **AGREED-UPON TERMS** |
|---|---|
| Incentive Plan Payment[1] recipients | Gail Page, James Burns and John Hamilton. |
| Cash portion of Incentive Plan Payment | $5,000,000 |
| Restricted Stock portion of Incentive Plan Payment | 302,541 shares of Common Stock, at par value $.001 |
| Distribution Amongst Directors | The total Incentive Plan Payments are to be allocated to Gail Page, James Burns and John Hamilton on a 60%-20%-20% basis, respectively, or as otherwise may be agreed to in writing by Gail page, James Burns and John Hamilton. |
| Restricted Stock – Vesting Schedule | All restricted stock would be distributed, 1/24th of which would vest each month, beginning June 22, 2009 (the date of the Incentive Plan Order). |
| Restricted Stock – Price | The restricted shares are to be valued at $24.79 per share, the last sale price on January 7, 2010, the date when the Company's plan of reorganization was confirmed. |
| Effectuation of Compromise | The Reorganized Debtor will effectuate the above terms by promptly filing with the Bankruptcy Court a Certification of Counsel, accompanied by an amended proposed order that reflects the terms in this Term Sheet (with both the Certification of Counsel and the proposed order to be in a form acceptable to the Equity Committee). The Equity Committee agrees to support the entry of the amended |

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Debtor's Motion for Entry of an Order Approving the Debtor's Incentive Plan and Authorizing Payments Thereunder Pursuant to §§363(b) and 503(b) of the Bankruptcy Code [Docket No. 29].

|  | order. |
|  | Upon the agreement of the Reorganized Debtor and the Equity Committee on this Term Sheet, all discovery and other deadlines related to the Motion will be stayed. |

## ACCEPTED AND AGREED TO BE BOUND:

By: _____

Print Name: _____
       *Counsel for Vermillion*


By: _____

Print Name: _____
       *Counsel for Equity Committee*


By: _____

Print Name: _____
       *Counsel for the Board of Directors*

| | order. |
| --- | --- |
| | Upon the agreement of the Reorganized Debtor and the Equity Committee on this Term Sheet, all discovery and other deadlines related to the Motion will be stayed. |

**ACCEPTED AND AGREED TO BE BOUND:**

By: _[signature]_

Print Name: Richard A. Chesley
*Counsel for Vermillion*

By: _____

Print Name: _____
*Counsel for Equity Committee*

By: _____

Print Name: _____
*Counsel for the Board of Directors*

|  | order. |
|  | Upon the agreement of the Reorganized Debtor and the Equity Committee on this Term Sheet, all discovery and other deadlines related to the Motion will be stayed. |

**ACCEPTED AND AGREED TO BE BOUND:**

By: _____

Print Name: _____
*Counsel for Vermillion*

By: _____*[signature]*_____

Print Name: ___PHILIP BENTLEY___
*Counsel for Equity Committee*

By: _____

Print Name: _____
*Counsel for the Board of Directors*

|  | order. |
|  | Upon the agreement of the Reorganized Debtor and the Equity Committee on this Term Sheet, all discovery and other deadlines related to the Motion will be stayed. |

**ACCEPTED AND AGREED TO BE BOUND:**

By: _____

Print Name: _____
*Counsel for Vermillion*


By: _____

Print Name: _____
*Counsel for Equity Committee*


By: *Daniel J. DeFranceschi* (signature)

Print Name: Daniel J. DeFranceschi
*Counsel for the Incentive Plan Directors*