# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  | x |  |
|---|---|---|
|  | : | **Chapter 11** |
| In re: | : |  |
|  | : | **Case No. 09-11091 (CSS)** |
| **VERMILLION, INC.,**[1] | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |
|  | : |  |
|  | x |  |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 19, 2010 AT 11:00 A.M. (EST)[2]

## FINAL FEE APPLICATIONS[3]

## WOMBLE CARLYLE SANDRIGE & RICE, PLLC

1. Second Interim and Final Fee Application of Womble Carlyle Sandridge & Rice, PLLC as Counsel to the Debtor and Debtor in Possession for the Period March 30, 2009 through January 22, 2010, filed March 8, 2010 [Docket No. 333].

   Related Documents:

   A.  First Interim Fee Application of Womble Carlyle Sandridge & Rice, PLLC as Counsel to the Debtor and Debtor in Possession for the Period March 30, 2009 through September 30, 2009, filed December 4, 2009 [Docket No. 179].

   Response Deadline: April 12, 2010 at 4:00 p.m. ET

   Responses Received: None.

---

[1] The address of the Debtor's principal executive offices is 47350 Fremont Blvd., Fremont, California 94538. The Debtor's EIN is 33-0595156.

[2] All telephonic court appearances must be arranged through CourtCall, LLC (T: 866-582-6878 or F: 866-533-2946). The hearing will take place before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

[3] Copies of the fee applications were previously delivered to the Court on April 13, 2010.

Status: This matter will go forward. An omnibus fee order will be submitted at or prior to the hearing.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**

2. Third Interim and Final Fee Application of Paul, Hastings, Janofsky & Walker LLP, as the Debtor's Special Counsel, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from March 30, 2009 through January 22, 2010, filed March 8, 2010 [Docket No. 336].

   Related Documents:

   A. First Interim Fee Application of Paul, Hastings, Janofsky & Walker LLP, as the Debtor's Special Counsel, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from March 30, 2009 through September 30, 2009, filed November 25, 2009 [Docket No. 163].

   B. Second Interim Fee Application of Paul, Hastings, Janofsky & Walker LLP, as the Debtor's Special Counsel, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from October 1, 2009 through November 30, 2009, filed December 30, 2009 [Docket No. 240].

   C. Notice of Filing of Supplemental Summary Schedule to Third Interim and Final Fee Application of Paul, Hastings, Janofsky & Walker LLP, as the Debtor's Special Counsel, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from March 30, 2009 through January 22, 2010, filed March 9, 2010 [Docket No. 338].

   Response Deadline: April 12, 2010 at 4:00 p.m. ET

   Responses Received: None.

   Status: This matter will go forward. An omnibus fee order will be submitted at or prior to the hearing.

**POTTER ANDERSON & CORROON LLP**

3. Sixth Monthly and Final Fee Application of Potter Anderson & Corroon LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 4, 2009 through January 22, 2010, filed March 5, 2010 [Docket No. 329].

   Related Documents:

   A. First Monthly Fee Application of Potter Anderson & Corroon LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 4, 2009 through June 30, 2009, filed July 9, 2009 [Docket No. 80].

   B. Second Monthly Fee Application of Potter Anderson & Corroon LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from July 1, 2009 through July 31, 2009, filed September 11, 2009 [Docket No. 107].

   C. Third Monthly Fee Application of Potter Anderson & Corroon LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2009 through August 31, 2009, filed September 15, 2009 [Docket No. 108].

   D. Fourth Monthly Fee Application of Potter Anderson & Corroon LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2009 through September 30, 2009, filed October 15, 2009 [Docket No. 131].

   E. Fifth (Amended) Monthly Fee Application of Potter Anderson & Corroon LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2009 through November 30, 2009, filed December 17, 2009 [Docket No. 212].

   F. Certificate of No Objection, filed March 29, 2010 [Docket No. 349].

   Response Deadline:   March 25, 2010 at 4:00 p.m. ET

   Responses Received:  None.

   Status:              This matter will go forward. An omnibus fee order will be submitted at or prior to the hearing.

**OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP**

4. Third Interim and Final Fee Application of Olshan Grundman Frome Rosenzweig & Wolosky LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period May 4, 2009 through January 22, 2010, filed March 8, 2010 [Docket No. 334].

   Related Documents:

   A. First Interim Fee Application of Olshan Grundman Frome Rosenzweig & Wolosky LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period May 4, 2009 through June 30, 2009, filed July 8, 2009 [Docket No. 79].

   B. Second Interim Fee Application of Olshan Grundman Frome Rosenzweig & Wolosky LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2009 through November 30, 2009, filed December 21, 2009 [Docket No. 219].

   C. Certificate of No Objection, filed March 31, 2010 [Docket No. 350].

   Response Deadline: March 29, 2010 at 4:00 p.m. ET

   Responses Received: None.

   Status: This matter will go forward. An omnibus fee order will be submitted at or prior to the hearing.

**NHB ADVISORS, INC.**

5. Second Monthly and Final Fee Application of NachmanHaysBrownstein, Inc., as Financial Advisors to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses, for the Period From October 30, 2009 through January 22, 2010, filed March 3, 2010 [Docket No. 326].

   Related Documents:

   A. First Monthly Fee Application of NachmanHaysBrownstein, Inc., as Financial Advisors to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses, for the Period From October 30, 2009 through November 30, 2009, filed December 22, 2009 [Docket No. 226].

B. Certificate of No Objection, filed March 25, 2010 [Docket No. 345].

Response Deadline: March 23, 2010 at 4:00 p.m. ET

Responses Received: None.

Status: This matter will go forward. An omnibus fee order will be submitted at or prior to the hearing.

### YOUNG CONAWAY STARGATT & TAYLOR LLP

5. First Monthly and Final Application of Young Conaway Stargatt & Taylor LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from December 14, 2009 through January 7, 2010, filed March 2, 2010 [Docket No. 322].

Related Documents:

A. Certificate of No Objection, filed March 29, 2010 [Docket No. 346].
B. Notice of Hearing, filed March 8, 2010 [Docket No. 330].

Response Deadline: March 22, 2010 at 4:00 p.m. ET

Responses Received: None.

Status: This matter will go forward. An omnibus fee order will be submitted at or prior to the hearing.

### KRAMER LEVIN NAFTALIS & FRANKEL LLP

7. First and Final Application of Kramer Levin Naftalis & Frankel LLP, as Counsel for the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from December 11, 2009 through January 7, 2010, filed March 4, 2010 [Docket No. 327].

Related Documents:

A. Certificate of No Objection, filed March 29, 2010 [Docket No. 347].
B. Notice of Hearing, filed March 8, 2010 [Docket No. 330].

Response Deadline: March 24, 2010 at 4:00 p.m. ET

Responses Received: None.

| | |
|---|---|
| <u>Status:</u> | This matter will go forward.  An omnibus fee order will be submitted at or prior to the hearing. |

Dated:  April 15, 2010

**WOMBLE CARLYLE SANDRIDGE
    & RICE, PLLC**

__/s/ Thomas M. Horan_____
Francis A. Monaco, Jr. (DE Bar No. 2078)
Mark L. Desgrosseilliers (DE Bar No. 4083)
Thomas M. Horan (DE Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330

*Counsel for the Debtor and Debtor-in-Possession*

- and -

Thomas L. Kent
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Tel: (212) 318-6060
Facsimile: (212) 230-7899
E-mail: thomaskent@paulhastings.com

- and -

Richard A. Chesley
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel: (312) 499-6000
Facsimile: (312) 499-6100
E-mail: richardchesley@paulhastings.com

*Special Counsel for the Debtor and Debtor-in-Possession*